William G. JORDAN et al., Movants, v. William J. MERTEN, etc., et al., Opposed.

Court of Appeals of Kentucky.

January 20, 1950.

S. J. Stallings, David Martin, and Charles B. Zirkle for movants.

Robert J. Speckman and H. Bemis Lawrence opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

George PISMUS, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

January 24, 1950.

H. R. Burke for movant.

A. E. Funk, Attorney General, and Wm. F. Simpson, Assistant Attorney General, for opposed.

PER CURIAM.

Motion for appeal from a judgment of the Floyd Circuit Court inflicting penalty of a fine of $100 and 60 days imprisonment for violation of local option law, KRS 242.010 et seq., denied.

Katie Mineer GARRET, Movant, v. Roger

SEWELL, Respondent.

Court of Appeals of Kentucky.

April 21. 1950.

Redwine & Redwine and S. S. Willis, for appellant.

J. Marshall McCann, and John G. Atchison, for appellee.

PER CURIAM

This is a motion for an appeal from a judgment of the Clark Circuit Court for defendant in action for $292.00. The appeal is denied and the judgment stands affirmed.